AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PAUL, MAURICE M. | 2. Court or Organization<br><br>NORTHERN DISTRICT of FLORIDA | 3. Date of Report<br><br>06/03/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>401 S.E. 1st. Ave<br>Gainesville, Florida<br>32601-6805 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Paul, Maurice M.**

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, MAURICE M. | 06/03/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, MAURICE M. | 06/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, MAURICE M. | 06/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account -Capital City National Bank | | None | J | T | | | | | |
| 2. Bank of America -Orlando-checking | | None | J | T | | | | | |
| 3. Wachovia - Orlando | | None | J | T | | | | | |
| 4. Citadel Broqdcasting Corp. (CDL) | | None | J | T | | | | | |
| 5. U.S. Savings Bonds | A | Int./Div. | K | T | Redeemed (part) | | J | A | |
| 6. Certificate of Deposit - Wachovia | A | Int./Div. | K | T | Closed | | K | A | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Paragraph (4). This stock represents shares acquired by virtue of ownership in walt Disney when it sold it's interest in ABC Radio to Citadel Broadcasting Corp (CDL) in June of 2007.

Parqagraph 6). ▓▓▓was listed as a second owner on a certificate of deposit purschased by and owned by ▓▓▓ from his independent assets which he redeemed during the reporting period.

| Name of Person Reporting | Date of Report |
| --- | --- |
| PAUL, MAURICE M. | 06/03/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MAURICE M. PAUL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U·S·C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PAUL, MAURICE M. | 2. Court or Organization<br><br>NORTHERN DISTRICT of FLORIDA | 3. Date of Report<br><br>06/03/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>401 S.E. 1st. Ave<br>Gainesville, Florida<br>32601-6805 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Paul, Maurice M.  A

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, MAURICE M. | 06/03/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account -Capital City National Bank | | None | J | T | | | | | |
| 2. Bank of America -Orlando-checking | | None | J | T | | | | | |
| 3. Wachovia - Orlando | | None | J | T | | | | | |
| 4. Citadel Broqdcasting Corp. (CDL) | | None | J | T | | | | | |
| 5. U.S. Savings Bonds | A | Int./Div. | K | T | Redeemed (part) | | J | A | |
| 6. Certificate of Deposit - Wachovia | A | Int./Div. | | | Closed | | K | A | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts


Paragraph (4). This stock represents shares acquired by virtue of ownership in walt Disney when it sold it's interest in ABC Radio to Citadel Broadcasting Corp (CDL) in June of 2007.

Paragraph (6). ▓ was listed as a second owner on a certificate of deposit purschased by and owned by ▓ from his independent assets which he redeemed during the reporting period.

Response to Letter of Inquiry of August 29, 2011: In response to this letter of inquiry from Committee (Doc. 4 in my FiDo folder), my office contacted Rachel at 202-502-1850 on Thursday, September 22, 2011. She indicated that the values in columns D(3) for lines 5 and 6 were correct, and that the letter of inquiry was incorrect for asking for them. I removed the values in column C for line 6, the Wachovia Certificate of Deposit since it had been redeemed completely during the reporting period. Also, Rachel suggested that I write here to indicate that I do not remember the dates for the partial redemption of the US Savings Bond in line 5 or the Certificate of Deposit in line 6, other than that they occurred in 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| PAUL, MAURICE M. | 06/03/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MAURICE M. PAUL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) PAULEY III, WILLIAM H. | 2. Court or Organization SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report 05/13/2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address UNITED STATES COURTHOUSE 500 PEARL STREET NEW YORK, NEW YORK 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Board of Visitors | Duke University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Continuation of payments agreement with former law partner, Franklyn H. Snitow, and his law firm, Snitow Kanfer Holtzer & Millus, LLP. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PAULEY III, WILLIAM H.** | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-Employed Licensed Real Estate Sales Person |
| 2. 2010 | Self-Employed Floral Designer |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | February 21, 2010 - March 1, 2010 | Kona, HI | Winter Bench and Bar Conference | Travel, food, and lodging. |
| 2. | Duke University School of Law | April 15 - 17, 2010 | Durham, NC | Board of Visitors Meeting | Travel, food, and lodging. |
| 3. | Duke University School of Law | October 28 - 30, 2010 | Durham, NC | Board of Visitors Meeting | Travel, food, and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MUTUAL FUNDS | | | | | | | | | |
| 2. AGDAX - ALLIANCE BERNSTEIN HIGH INC FD | A | Dividend | K | T | | | | | |
| 3. MCGFX - ASTON FUNDS MONTAG & CALDWELL | | None | K | T | | | | | |
| 4. SMGIX - COLUMBIA CONTRARIAN CORE FD | A | Dividend | K | T | | | | | |
| 5. GSFTX - COLUMBIA FDS SER TR1 DIV INC | A | Dividend | K | T | | | | | |
| 6. DPLTX - DREYFUS HIGH YIELD FD | A | Dividend | K | T | | | | | |
| 7. KDSSX - DWS VALUE SER INC SM CAP | A | Dividend | J | T | | | | | |
| 8. SGIIX - FIRST EAGLE GLOBAL FUND | A | Distribution | K | T | | | | | |
| 9. ICHHX - FRANKLIN/TEMPLETON HARD CUR FD | A | Dividend | J | T | | | | | |
| 10. FNYTZ - FRANKLIN NY TAX FREE INT TRM | A | Interest | K | T | | | | | |
| 11. HFMCX - HARTFORD MUTUAL FD MID CAP | | None | J | T | | | | | |
| 12. HIPIX - HARTFORD INFLATION PLUS FD | A | Interest | K | T | | | | | |
| 13. HSKSX - JP MORGAN TR1 HIGHBRIDGE STAT FD | | None | J | T | | | | | |
| 14. IVQAX - MORGAN STANLEY INTL VALUE EQUITY FD | A | Dividend | K | T | | | | | |
| 15. SBNYX - LEGG MASON NY MUN FD | A | Interest | K | T | | | | | |
| 16. LSGIX - LOOMIS SAYLES VALUE FD | A | Dividend | K | T | | | | | |
| 17. LISFX - LORD ABBETT MUN INC TR INTER FD | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MGRAX - MFS INTL GROWTH FD | A | Dividend | K | T | | | | | |
| 19. NEFJX - NATIXIS ADVISOR SM CAP VAL FD | | None | J | T | | | | | |
| 20. PCGRX - PIONEER MID CAP VAL FD | A | Dividend | J | T | | | | | |
| 21. RMUNX - ROCHESTER MUNI FD | B | Interest | L | T | | | | | |
| 22. RYMFX - RYDEX SGI MANAGED FUT STRAT | | None | J | T | | | | | |
| 23. TGBAX - TEMPLETON GLOBAL BOND FD | A | Interest | K | T | | | | | |
| 24. DBPIX - DWS ADVISOR FD SHORT DURATION PLUS | A | Interest | J | T | Buy | 05/18/10 | J | | |
| 25. LFRFX - LORD ABBETT INVT TR FLTG RATE FD CLF | A | Interest | J | T | Buy | 05/18/10 | J | | |
| 26. PSSAX - PIMCO STOCKS PLUS TR SHORT STRATEGY | | None | J | T | Buy | 03/24/10 | J | | |
| 27. | | | | | | | | | |
| 28. ANNUITIES | | | | | | | | | |
| 29. DISCOVERY PLUS | C | Interest | M | T | | | | | |
| 30. | | | | | | | | | |
| 31. CASH AND CASH EQUIVALENTS | | | | | | | | | |
| 32. JP MORGAN CHASE | A | Interest | M | T | | | | | |
| 33. U. S. TREASURY BILLS | B | Interest | N | T | Sold (part) | 10/21/10 | L | | |
| 34. U.S. SAVINGS BONDS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. AXA FIN'L LIFE INS (Cash Surrender Value) | B | Dividend | N | T | | | | | |
| 36. AXA FIN'L LIFE INS (Cash Surrender Value) | A | Dividend | M | T | | | | | |
| 37. WACHOVIA MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 38. NEW YORK 529 COLL SVGS MOD AGE-BASED OPT: INCOME PORTFOLIO | B | Interest | L | T | Buy | 12/21/10 | J | | |
| 39. NEW YORK 529 COLL SVGS MOD AGE-BASED OPT: CONSERV GROWTH | A | Interest | K | T | Buy | 12/21/10 | J | | |
| 40. NEW YORK 529 COLL SVGS INTEREST ACCUMULATION PORTFOLIO | A | Interest | J | T | | | | | |
| 41. TPMXX - RBC PRIME MONEY MARKET FD | A | Interest | | | Merged (with line 43) | 03/24/10 | J | | |
| 42. ACMXX - RBC MONEY MARKET OBLIGATIONS TRUST | A | Interest | | | Merged (with line 43) | 03/24/10 | J | | |
| 43. TRMXX - RBC PRIME MONEY MARKET FD RESERVE CL | A | Interest | J | T | Sold (part) | 05/18/10 | J | | |
| 44. | | | | | | | | | |
| 45. RETIREMENT ACCOUNTS | | | | | | | | | |
| 46. 401K PLAN - ING | A | Interest | K | T | | | | | |
| 47. IRA SCUDDER - DWS CORE PLUS INCOME FUND | A | Interest | K | T | | | | | |
| 48. IRA SCUDDER - DWS GLOBAL THEMATIC FUND | A | Interest | J | T | | | | | |
| 49. JENNISON SELECT GROWTH FUND CL A (SPFAX) | | None | | | Sold | 05/05/10 | J | | |
| 50. TPMXX - RBC PRIME MONEY MARKET FD | | None | | | Merged (with line 51) | 03/24/10 | J | | |
| 51. TRMXX - RBC PRIME MONEY MARKET FD RESERVE CL | | None | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less          K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
   (See Column C2)          U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ACMXX - RBC MONEY MARKET OBLIGATIONS TRUST | A | Interest | J | T | | | | | |
| 53. AGDAX - ALLIANCE BERNSTEIN HIGH INC FD | A | Dividend | J | T | | | | | |
| 54. MCGFX - ASTON FUNDS MONTAG & CALDWELL | | None | J | T | | | | | |
| 55. BGNIX - BLACKROCK GNMA PORTFOLIO | A | Dividend | J | T | | | | | |
| 56. SMGIX - COLUMBIA CONTRARIAN CORE FD | A | Dividend | J | T | | | | | |
| 57. GSFTX - COLUMBIA FDS SER TR1 DIV INC | A | Dividend | J | T | | | | | |
| 58. DPLTX - DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 59. KDSSX - DWS VALUE SER INC SM CAP | A | Dividend | J | T | | | | | |
| 60. SGIIX - FIRST EAGLE GLOBAL FUND | A | Distribution | J | T | | | | | |
| 61. ICHHX - FRANKLIN/TEMPLETON HARD CUR FD | A | Dividend | J | T | | | | | |
| 62. HFMCX - HARTFORD MUTUAL FD MID CAP | | None | J | T | | | | | |
| 63. HIPIX - HARTFORD INFLATION PLUS FD | A | Dividend | J | T | | | | | |
| 64. HLLVX - JP MORGAN SHORT DUR BOND FD | A | Dividend | J | T | | | | | |
| 65. HSKSX - JP MORGAN TR1 HIGHBRIDGE STAT FD | | None | J | T | | | | | |
| 66. WOBDX - JP MORGAN TR2 CORE BD | A | Dividend | J | T | | | | | |
| 67. LSGIX - LOOMIS SAYLES VALUE FD | A | Dividend | J | T | | | | | |
| 68. MGRAX - MFS INTL GROWTH FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IVQAX - MORGAN STANLEY INTL VALUE EQUITY FD | A | Dividend | J | T | | | | | |
| 70. NEFJX - NATIXIS ADVISOR SM CAP VAL FD | | None | J | T | | | | | |
| 71. PAGNX - PIMCO GNMA FD | A | Dividend | J | T | | | | | |
| 72. PCGRX - PIONEER MID CAP VAL FD | A | Dividend | J | T | | | | | |
| 73. RYMFX - RYDEX SGI MANAGED FUT STRAT | | None | J | T | | | | | |
| 74. TAIBX - TARGET PORTFOLIO INTER TERM BD | A | Dividend | J | T | | | | | |
| 75. TGBAX - TEMPLETON GLOBAL BOND FD | A | Dividend | J | T | | | | | |
| 76. PSSAX - PIMCO STOCK PLUS TR SHORT STRATEGY | A | Interest | K | T | Buy | 03/24/10 | K | | |
| 77. LFRFX - LORD ABBETT INVT TR FLTG RATE FD CLF | A | Interest | J | T | Buy | 05/18/10 | J | | |
| 78. RBLCX - RUSSELL INVT BALANCED STRATEGY FD CL C | A | Dividend | K | T | Buy | 05/05/10 | K | | |
| 79. DBPIX - DWS ADVISOR FD SHORT DURATION PLUS | A | Interest | J | T | Buy | 05/18/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM H. PAULEY III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544